1  DAVID B. RITCHIE, CA BAR NO. 112018
   dritchie@nixonpeabody.com
2  GREGORY P. O'HARA, CA BAR NO. 131963
   gohara@nixonpeabody.com
3  PAPOOL S. CHAUDHARI, CA BAR NO. 241346
   pchaudhari@nixonpeabody.com
4  NIXON PEABODY LLP
   200 Page Mill Road, Suite 200
5  Palo Alto, CA 94306
   Telephone:  (650) 320-7700
6  Facsimile:  (650) 320-7701

7  Attorney for Plaintiff
   FARPOINTE DATA, INC.
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| FARPOINTE DATA, INC., | Case No.: C08 04236 (MEJ) CRB |
|---|---|
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. (AWID), | |
| Defendant. | |

-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Farpointe Data, Inc., party to the above-captioned action, respectfully asks the Court to continue the Case Management Conference presently scheduled for December 18, 2008, be continued for at least thirty (30) days to allow the parties to discuss a potential settlement and for service of the complaint.

Dated: December 10, 2008

                          NIXON PEABODY LLP

                          By _____
                          David B. Ritchie

                          Attorney for Plaintiff
                          Farpointe Data, Inc.

IT IS ORDERED that the Case Management Conference presently scheduled for December 18, 2008, be continued to _____ January 23 ___ , 2009 at _ 8:30 am/~~pm~~. before the Honorable Charles R. Breyer in courtroom 8, 19th Floor.

DATED: ___ December 15 ___ , 2008

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
APPLICATION AND [PROPOSED] ORDER FOR THE CONTINUANCE OF THE CMC