1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Kai Tseng (193756)
2  Sanjeet Dutta (203463)
   Helen Li (247420)
3  1000 Marsh Road
   Menlo Park, California 94025-1021
4  Telephone:   (650) 614-7400
   Facsimile:    (650) 614-7401
5
   Attorneys For Defendant
6  APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.
   (AWID)
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  FARPOINTE DATA, INC.,                    Case No. C 08-04236 CRB

12              Plaintiff,                   STIPULATION EXTENDING
                                             DEFENDANT APPLIED WIRELESS
13       v.                                  IDENTIFICATIONS GROUP, INC.'S
                                             TIME TO FILE ANSWER TO
14  APPLIED WIRELESS IDENTIFICATIONS         COMPLAINT FOR DECLARATORY
    GROUP, INC. (AWID),                      JUDGMENT; STIPULATION TO
15                                           CONTINUE INITIAL CMC; AND
                Defendant.                   [PROPOSED] ORDER CONTINUING
16                                           INITIAL CMC

17                                           Ctrm:   Courtroom 8, 19th Floor
                                             Judge:  Hon. Charles R. Breyer
18

OHS West:260575073.2

STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE
ANSWER AND CMC
(CASE NO. C 08-04236)

## STIPULATION

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on February 13, 2009, at 8:30 am.

2. AWID will answer or otherwise respond to Farpointe's Complaint on February 3, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on February 3, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on February 3, 2009.

Respectfully submitted,

Dated: January 5, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Helen Li
Helen Li
Attorney for Defendant
Applied Wireless Identifications Group, Inc.

Dated: January 5, 2009

NIXON PEABODY LLP

By: /s/ Papool S. Chaudhari
Papool S. Chaudhari
Attorney for Plaintiff
Farpointe Data, Inc.

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 1/7/09

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2009.

Dated: January 5, 2009

                                                    /s/ Helen Li
                                                      Helen Li