1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Kai Tseng (SBN 193756)
2  Sanjeet Dutta (SBN 203463)
   Helen Li (SBN 247420)
3  1000 Marsh Road
   Menlo Park, California  94025-1021
4  Telephone:    (650) 614-7400
   Facsimile:    (650) 614-7401
5
   Attorneys For Defendant
6  APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.
   (AWID)
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 FARPOINTE DATA, INC.,                    Case No.  C 08-04236 CRB

12              Plaintiff,                  STIPULATION EXTENDING
                                            DEFENDANT APPLIED WIRELESS
13         v.                               IDENTIFICATIONS GROUP, INC.'S
                                            TIME TO FILE ANSWER TO
14 APPLIED WIRELESS IDENTIFICATIONS         COMPLAINT FOR DECLARATORY
   GROUP, INC. (AWID),                      JUDGMENT; STIPULATION TO
15                                          CONTINUE INITIAL CMC; AND
                Defendant.                  [PROPOSED] ORDER CONTINUING
16                                          INITIAL CMC

17                                          Ctrm:  Courtroom 8, 19th Floor
                                            Judge: Hon. Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on February 27, 2009, at 8:30 am.

2. AWID will answer or otherwise respond to Farpointe's Complaint on February 17, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on February 17, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on February 17, 2009.

Respectfully submitted,

Dated: February 2, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Helen Li
Helen Li
Attorney for Defendant
Applied Wireless Identifications Group, Inc.

Dated: February 2, 2009

NIXON PEABODY LLP

By: /s/ Papool S. Chaudhari
Papool S. Chaudhari
Attorney for Plaintiff
Farpointe Data, Inc.

~~[PROPOSED]~~ **ORDER**

**IT IS SO ORDERED.**

Dated: Feb. 05, 2009

HON.
UNITED STATES
Judge Charles R. Breyer

IT IS SO ORDERED