1 | Kai Tseng (SBN 193756)
Sanjeet Dutta (SBN 203463)
2 | Helen Li (SBN 247420)
ORRICK, HERRINGTON & SUTCLIFFE LLP
3 | 1000 Marsh Road
Menlo Park, California 94025-1021
4 | Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
5 |
Attorneys for Defendant
6 | APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.
(AWID)
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | FARPOINTE DATA, INC.,                          Case No. C 08-04236 CRB

12 |                 Plaintiff,                    STIPULATION EXTENDING
                                                  DEFENDANT APPLIED WIRELESS
13 |       v.                                     IDENTIFICATIONS GROUP, INC.'S
                                                  TIME TO FILE ANSWER TO
14 | APPLIED WIRELESS IDENTIFICATIONS             COMPLAINT FOR DECLARATORY
     GROUP, INC. (AWID),                          JUDGMENT; STIPULATION TO
15 |                                              CONTINUE INITIAL CMC; AND
                 Defendant.                       [PROPOSED] ORDER CONTINUING
16 |                                              INITIAL CMC

17 |                                              Ctrm:  Courtroom 8, 19th Floor
                                                  Judge: Hon. Charles R. Breyer
18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

OHS West:260575073.4

STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE
ANSWER AND CMC
(CASE NO. C 08-04236)

**STIPULATION**

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on March 13, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on March 3, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on March 3, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on March 3, 2009.

Respectfully submitted,

Dated: February 17, 2009    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Helen Li
Helen Li
Attorney for Defendant
Applied Wireless Identifications Group, Inc.

Dated: February 17, 2009    NIXON PEABODY LLP

By: /s/ Papool S. Chaudhari
Papool S. Chaudhari
Attorney for Plaintiff
Farpointe Data, Inc.

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

Dated: Feb 18, 2009

HON. _____
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

OHS West:260575073.4    - 1 -    STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE ANSWER AND CMC
(CASE NO. C 08-04236)