| | |
|---|---|
| 1 | Kai Tseng (SBN 193756) |
| | Sanjeet Dutta (SBN 203463) |
| 2 | Helen Li (SBN 247420) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, California  94025-1021 |
| 4 | Telephone:     (650) 614-7400 |
| | Facsimile:      (650) 614-7401 |
| 5 | |
| | Attorneys for Defendant |
| 6 | APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. |
| | (AWID) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARPOINTE DATA, INC., | Case No.  C 08-04236 CRB |
| Plaintiff, | STIPULATION EXTENDING DEFENDANT APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.'S TIME TO FILE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT; STIPULATION TO CONTINUE INITIAL CMC; AND [PROPOSED] ORDER CONTINUING INITIAL CMC |
| v. | |
| APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. (AWID), | |
| Defendant. | |
| | Ctrm:   Courtroom 8, 19th Floor |
| | Judge:  Hon. Charles R. Breyer |

## STIPULATION

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on March 27, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on March 17, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on March 17, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on March 17, 2009.

Respectfully submitted,

Dated: March 3, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ Helen Li
     Helen Li
     Attorney for Defendant
     Applied Wireless Identifications
     Group, Inc.

Dated: March 3, 2009        NIXON PEABODY LLP

By:  /s/ Papool S. Chaudhari
     Papool S. Chaudhari
     Attorney for Plaintiff
     Farpointe Data, Inc.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: March 4, 2009

_____
HONORABLE
UNITED STATES

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

OHS West:260575073.5        - 1 -        STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE
                                          ANSWER AND CMC
                                          (CASE NO. C 08-04236)