| | |
|---|---|
| 1 | Kai Tseng (SBN 193756) |
| | Sanjeet Dutta (SBN 203463) |
| 2 | Helen Li (SBN 247420) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, California  94025-1021 |
| 4 | Telephone:     (650) 614-7400 |
| | Facsimile:     (650) 614-7401 |
| 5 | |
| | Attorneys for Defendant |
| 6 | APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. |
| | (AWID) |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARPOINTE DATA, INC., | | Case No.  C 08-04236 CRB |
| | Plaintiff, | STIPULATION EXTENDING DEFENDANT APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.'S TIME TO FILE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT; STIPULATION TO CONTINUE INITIAL CMC; AND [PROPOSED] ORDER CONTINUING INITIAL CMC |
| v. | | |
| APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. (AWID), | | |
| | Defendant. | |
| | | Ctrm:   Courtroom 8, 19th Floor |
| | | Judge:  Hon. Charles R. Breyer |

OHS West:260575073.6

STIPULATION AND [PROPOSED] ORDER RE:  DATES TO FILE ANSWER AND CMC
(CASE NO. C 08-04236)

## STIPULATION

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on April 10, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on March 31, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on March 31, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on March 31, 2009.

Respectfully submitted,

Dated: March 17, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Helen Li
Helen Li
Attorney for Defendant
Applied Wireless Identifications Group, Inc.

Dated: March 17, 2009          NIXON PEABODY LLP

By: /s/ Papool Chaudhari
Papool S. Chaudhari
Attorney for Plaintiff
Farpointe Data, Inc.

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: 3/20/09

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

OHS West:260575073.6         - 1 -         [PROPOSED] ORDER RE DATES TO FILE ANSWER AND CMC
(CASE NO. C 08-04236)

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5-5(b) through the court's CM/ECF System and to the best of my knowledge, notice of this filing will be served upon all counsel of record who have consented to electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Menlo Park, California on March 17, 2009

*/s/ Josette Romero*
Josette Romero

OHS West:260627694. 1