1  Kai Tseng (SBN 193756)
   Sanjeet Dutta (SBN 203463)
2  Helen Li (SBN 247420)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, California  94025-1021
4  Telephone:   (650) 614-7400
   Facsimile:    (650) 614-7401
5
   Attorneys for Defendant
6  APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.
   (AWID)
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | FARPOINTE DATA, INC.,                | Case No.  C 08-04236 CRB

12 |         Plaintiff,                   | STIPULATION EXTENDING
                                          | DEFENDANT APPLIED WIRELESS
13 |     v.                               | IDENTIFICATIONS GROUP, INC.'S
                                          | TIME TO FILE ANSWER TO
14 | APPLIED WIRELESS IDENTIFICATIONS     | COMPLAINT FOR DECLARATORY
   | GROUP, INC. (AWID),                  | JUDGMENT; STIPULATION TO
15 |                                      | CONTINUE INITIAL CMC; AND
   |         Defendant.                   | [PROPOSED] ORDER CONTINUING
16 |                                      | INITIAL CMC

17                                          Ctrm:   Courtroom 8, 19th Floor
                                            Judge:  Hon. Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28

OHS West:260575073.7

STIPULATION AND [PROPOSED] ORDER RE:  DATES TO FILE
ANSWER AND CMC
(CASE NO. C 08-04236)

# STIPULATION

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on April 24, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on April 14, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on April 14, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on April 14, 2009.

Respectfully submitted,

Dated: March 31, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                               By:    /s/ Helen Li
                                      Helen Li
                                      Attorney for Defendant
                                      Applied Wireless Identifications
                                      Group, Inc.

Dated: March 31, 2009          NIXON PEABODY LLP

                               By:    /s/ Papool Chaudhari
                                      Papool S. Chaudhari
                                      Attorney for Plaintiff
                                      Farpointe Data, Inc.

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: April 3, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Charles R. Breyer*

OHS West:260575073.7              - 1 -        STIPULATION [PROPOSED] ORDER RE: DATES TO FILE ANSWER AND CMC (CASE NO. C 08-04236)