| | |
|---|---|
| 1 | Kai Tseng (SBN 193756) |
| | Sanjeet Dutta (SBN 203463) |
| 2 | Helen Li (SBN 247420) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, California  94025-1021 |
| 4 | Telephone:     (650) 614-7400 |
| | Facsimile:      (650) 614-7401 |
| 5 | |
| 6 | Attorneys for Defendant |
| | APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. |
| 7 | (AWID) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARPOINTE DATA, INC., | | Case No.  C 08-04236 CRB |
| Plaintiff, | | STIPULATION EXTENDING DEFENDANT APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.'S TIME TO FILE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT; STIPULATION TO CONTINUE INITIAL CMC; AND [PROPOSED] ORDER CONTINUING INITIAL CMC |
| v. | | |
| APPLIED WIRELESS IDENTIFICATIONS GROUP, INC. (AWID), | | |
| Defendant. | | |
| | | Ctrm:   Courtroom 8, 19th Floor |
| | | Judge:  Hon. Charles R. Breyer |

**STIPULATION**

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID"). The parties, in the process of executing a settlement agreement, hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on May 8, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on April 28, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on April 28, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on April 28, 2009.

Respectfully submitted,

Dated: April 14, 2009                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                     By:   /s/ Helen Li
                                           Helen Li
                                           Attorney for Defendant
                                           Applied Wireless Identifications
                                           Group, Inc.

Dated: April 14, 2009                NIXON PEABODY LLP

                                     By:   /s/ Papool Chaudhari
                                           Papool S. Chaudhari
                                           Attorney for Plaintiff
                                           Farpointe Data, Inc.

[**PROPOSED**] ORDER

**IT IS SO ORDERED.**

Dated: 4/15/2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

OHS West:260575073.8            - 1 -            STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE ANSWER AND CMC
                                                 (CASE NO. C 08-04236)