1  Kai Tseng (SBN 193756)
   Sanjeet Dutta (SBN 203463)
2  Helen Li (SBN 247420)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, California  94025-1021
4  Telephone:    (650) 614-7400
   Facsimile:    (650) 614-7401
5
   Attorneys for Defendant
6  APPLIED WIRELESS IDENTIFICATIONS GROUP, INC.
   (AWID)
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | FARPOINTE DATA, INC.,                     | Case No.  C 08-04236 CRB
12 |                  Plaintiff,                | STIPULATION EXTENDING
   |                                            | DEFENDANT APPLIED WIRELESS
13 |       v.                                   | IDENTIFICATIONS GROUP, INC.'S
   |                                            | TIME TO FILE ANSWER TO
14 | APPLIED WIRELESS IDENTIFICATIONS           | COMPLAINT FOR DECLARATORY
   | GROUP, INC. (AWID),                        | JUDGMENT; STIPULATION TO
15 |                                            | CONTINUE INITIAL CMC; AND
   |                  Defendant.                | [PROPOSED] ORDER CONTINUING
16 |                                            | INITIAL CMC

17                                              Ctrm:   Courtroom 8, 19th Floor
                                                Judge:  Hon. Charles R. Breyer
18

## **STIPULATION**

This Stipulation is made by Plaintiff Farpointe Data, Inc. ("Farpointe") and Defendant Applied Wireless Identifications Group, Inc. ("AWID").  The parties, in the process of executing a settlement agreement, hereby stipulate to the following:

1. The Initial Case Management Conference will now be held on May 29, 2009, at 8:30 a.m.

2. AWID will answer or otherwise respond to Farpointe's Complaint on May 19, 2009.

3. The parties will file their joint Fed.R.Civ.P. 26(f) report on May 19, 2009.

4. The parties will file their initial disclosures under Fed.R.Civ.P. 26(a) on May 19, 2009.

Respectfully submitted,

Dated: April 28, 2009        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/ Helen Li_
Helen Li
Attorney for Defendant
Applied Wireless Identifications Group, Inc.

Dated: April 28, 2009        NIXON PEABODY LLP

By: _/s/ Papool Chaudhari_
Papool S. Chaudhari
Attorney for Plaintiff
Farpointe Data, Inc.

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: april 29, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

OHS West:260575073.9        - 1 -        STIPULATION AND [PROPOSED] ORDER RE: DATES TO FILE ANSWER AND CMC
(CASE NO. C 08-04236)